■ ENRICO DI PORTANOVA et al., Appellants, v NEW YORK NEWS, INC., Doing Business as DAILY NEWS, Respondent, et al., Defendant. — Order, Supreme Court, New York County, entered April 11, 1980 granting defendant New York News, Inc.'s motion to dismiss the complaint against it for failure to state a cause of action, is unanimously affirmed, with costs. Even assuming that the reference to a particular house in Acapulco may be deemed to be "of and concerning" the plaintiffs, the article is not defamatory of plaintiffs and is thus not libelous. Concur — Ross, J.P., Carro, Silverman and Bloom, JJ.

Lupiano, J., concurs in a memorandum as follows: Lupiano, J. (concurring). I concur in result. Because the article requires an innuendo to establish its libelous character, plaintiffs must plead special damages which they have not done. Thus, the first cause of action fails to state a cause of action. Regarding plaintiffs' second cause of action, invasion of privacy, no violation of sections 50 and 51 of the Civil Rights Law is shown. The complaint fails to state a cause of action.